



United States District Court
Eastern District of California

JAN 11 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| SHIRLINE SANCHEZ |

Plaintiff(s)

Case Number: 1:20-cv-01788-NONE-BAK (EPG)

V.

| DG STRATEGIC VII, LLC et al. |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Amy Turk _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
DG STRATEGIC VII, LLC

On ___06/05/2000___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Virginia___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/07/2022         Signature of Applicant: /s/ Amy Turk

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Amy Turk |
| Law Firm Name: | McGuireWoods LLP |
| Address: | 101 West Main Street |
| | Suite 9000 |
| City: | Norfolk    State: VA    Zip: 23510 |
| Phone Number w/Area Code: | (757) 640-3700 |
| City and State of Residence: | Virginia Beach, Virginia |
| Primary E-mail Address: | aturk@mcguirewoods.com |
| Secondary E-mail Address: | bcross@mcguirewoods.com; usdocket@mcguirewoods.com; kwinn@mcguirewoods.com; kgollogly@mcguirewoods.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sabrina A. Beldner |
| Law Firm Name: | McGuireWoods LLP |
| Address: | 1800 Century Park East |
| | 7th Floor |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 315-8200    Bar # 221918 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/11/22

_____
JUDGE, U.S. DISTRICT COURT