# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLINE SANCHEZ, | Case No.: 1:20-cv-01788-JLT-BAK (EPG) |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 19) |
| DG STRATEGIC VII, LLC, | |
| Defendant. | |

The parties report they have come to terms of settlement. (Doc. 19.) The parties indicate that they are in the process of documenting the settlement terms. (Id.) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 30, 2022**;
2. All pending dates, conferences and hearings are **VACATED**.

IT IS SO ORDERED.

Dated: **May 9, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE