# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLINE SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DG STRATEGIC VII, LLC,<br><br>    Defendant. | Case No.: 1:20-cv-01788-JLT-BAK (EPG)<br><br>ORDER CLOSING THE CASE<br><br>(ECF No. 21) |

The parties have stipulated to the action being dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party bearing their own attorneys' fees and costs. (ECF No. 21). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **June 1, 2022**          /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE